# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Silverio Aguilar-Olvera

CRIMINAL COMPLAINT
CASE: 17-24056M
Citizenship: MEXICO

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about June 13, 2017, at or near Nogales, Arizona, in the District of Arizona, Silverio AGUILAR-Olvera, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on January 20, 2017, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about June 12, 2017, at or near Nogales, Arizona, in the District of Arizona, Silverio AGUILAR-Olvera, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

Silverio AGUILAR-Olvera is a citizen of Mexico. On January 20, 2017, Silverio AGUILAR-Olvera was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On June 13, 2017, agents found Silverio AGUILAR-Olvera in the United States at or near Nogales, Arizona. Silverio AGUILAR-Olvera did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about June 13, 2017, agents found Silverio AGUILAR-Olvera in the United States of America at or near Nogales, Arizona without the proper immigration documents. Furthermore, Silverio AGUILAR-Olvera admitted to illegally entering the United States of America from Mexico on or about June 12, 2017, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 06/15/2017

at Tucson, Arizona

Christopher Rueda, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 06/15/2017

**D Thomas. Ferraro**
**United States Magistrate Judge**